JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAFIGH YOUSSEFZADEH, *et al.*<br><br>        Plaintiffs;<br><br>    vs.<br><br>NATIONWIDE MUTUAL<br>INSURANCE COMPANY, *et al.*<br><br>        Defendants. | Case No. 2:24-CV-08508-CV (MARx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

On February 4, 2026, Plaintiffs, SHAFIGH YOUSSEFZADEH and ZOHREH YOUSSEFZADEH, and Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice requesting that the entire action be dismissed with prejudice, and each party will bear its own costs and attorneys' fees. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that this matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: _____3/23/26_____

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE